JAMES HUNT MILLER (St.BarCal.# 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amtul Nasee Cheema, | |
|     Plaintiff, | No. 12-4208 RMW |
| vs. | |
| Commissioner of the<br> Social Security<br> Administration, | PLAINTIFF'S UNOPPOSED<br>MOTION FOR EXTENSION<br>(with ~~proposed~~ order) |
|     Defendant. | |

MOTION.

    Plaintiff hereby requests additional time in which to file Plaintiff's Motion for Summary Judgment.  Pursuant to the time allowed in the Procedural Order (28 days from service of administrative record), F.R.Civ.P. Rules 6(e) and 5(e) (3 days), and service of the record on December 18, Plaintiff's Motion was to be filed by today, January 18, 2013.  Plaintiff seeks a 28-day extension, or until February 15, 2013.  Such extension would push Defendant's motion-filing deadline, and submission of the case, as much as 28 days later.

    Defendant, through counsel Patrick Snyder, stated (by e-mail) to Plaintiff's counsel that Defendant does not oppose this request.  Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per

the Procedural Order), and also because Defendant would not be harmed by the extension and Defendant does not oppose the request.

RESPECTFULLY SUBMITTED on this 18th day of January, 2013.

/s/_____
James Hunt Miller, Attorney for Plaintiff

ORDER (PROPOSED)

PURSUANT TO PLAINTIFF'S UNOPPOSED MOTION, IT IS ORDERED that Plaintiff may have a 28-day extension, or through February 15, 2013, in which to file a motion for summary judgment.

DATE: __January 23, 2013__          _Ronald M. Whyte_____
                                     United States Senior District Judge