MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel
DANIEL P. TALBERT, SBN OH 84088
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTUL CHEEMA, | CASE NO. 5:12-cv-04208-RMW |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | FOR A FIRST EXTENSION OF |
| | 30 DAYS FOR DEFENDANT TO |
| CAROLYN W. COLVIN, | RESPOND TO PLAINTIFF'S |
| Acting Commissioner of Social Security, | MOTION FOR SUMMARY JUDGMENT |
| Defendant.[1] | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties hereby stipulate, through their undersigned attorneys, to extend Defendant's time to file a motion for summary judgment by 30 days, to April 15, 2013. This is Defendant's first request for an extension of time in this matter. There is good cause for this extension because Defendant's counsel is considering voluntary remand.

DATED: March 14, 2013						Respectfully submitted,

								*James Hunt Miller*
								JAMES HUNT MILLER
								Attorney for Plaintiff
								(as authorized by email)

								MELINDA L. HAAG
								United States Attorney

DATED: March 14, 2013						By   *s/ Daniel P. Talbert*
								 DANIEL P. TALBERT
								Special Assistant United States Attorney

								Attorneys for Defendant

							ORDER

Pursuant to stipulation, it is so ordered.

DATE: ⊞⊞⊞⊞						_____
								RONALD M. WHYTE
								UNITED STATES DISTRICT JUDGE

Stip. & . Order to Extend, 5:12-cv-04208-RMW						1