MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel
DANIEL P. TALBERT, SBN OH 84088
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTUL CHEEMA, | CASE NO. 5:12-cv-04208-RMW |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant.[1] | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  The parties hereby stipulate, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand from the Court, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new hearing and a new decision.  Specifically, the Administrative Law Judge will obtain updated treatment records from Plaintiff's treating sources; further evaluate the medical source opinions and provide adequate rationale for either accepting or rejecting these opinions; further evaluate Plaintiff's impairments; further evaluate Plaintiff's residual function capacity; obtain testimony from a medical expert to review Plaintiff's record and to determine if Plaintiff became disabled prior to January 19, 2010; and obtain supplemental vocational expert testimony.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

DATED: April 9, 2013            Respectfully submitted,

*James Hunt Miller*
JAMES HUNT MILLER
Attorney for Plaintiff
(as authorized by email April 9, 2013)

MELINDA L. HAAG
United States Attorney

DATED: April 11, 2013           By  *s/ Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: June 3, 2013



RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Stip. & ~~Prop.~~ Order to Remand, 5:12-cv-04208-RMW                                         2